UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

VIRGINIA DAUSMAN FULLER,

                          Plaintiff,                          5:14-CV-0472
                                                              (GTS/TWD)
v.

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
_____

APPEARANCES:                                      OF COUNSEL:

OLINSKY LAW GROUP                                 HOWARD D. OLINSKY, ESQ.
  Counsel for Plaintiff
300 South State Street, Suite 420
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION                    DENNIS J. CANNING, ESQ.
OFFICE OF REG'L GEN. COUNSEL–REGION II            MONIKA K. CRAWFORD, ESQ.
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

        The above-captioned matter comes to this Court following a Report-Recommendation by

United States Magistrate Judge Thérèse Wiley Dancks, filed on August 11, 2015, recommending

that Defendant's decision denying Plaintiff's application for disability benefits be reversed, and

the case be remanded to Defendant for further proceedings pursuant to sentence four of 42

U.S.C. § 405(g). (Dkt. No. 22.) No objections to the Report-Recommendation have been filed

and the time in which to do so has expired. (*See generally* Docket Sheet.) After carefully

reviewing all of the papers herein, including Magistrate Judge Dancks' thorough Report-

Recommendation, the Court can find no clear error in the Report-Recommendation.[1]  As a result,

the Report-Recommendation is accepted and adopted in its entirety; and the case is remanded to

Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

ACCORDINGLY, it is

ORDERED that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 22) is

ACCEPTED and ADOPTED in its entirety; and it is further

ORDERED that Defendant's decision denying Plaintiff's application for disability

benefits is REVERSED; and it is further

ORDERED that this matter is REMANDED to Defendant for further proceedings

pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: September 16, 2015
       Syracuse, New York

Hon. Glenn T. Suddaby
Chief, U.S. District Judge

---

[1]     When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review.  Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.  When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  *Id*.: *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks and citations omitted).